Date of Arrest: **08/03**

# United States District Court

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Giancarlos Marvinluis AYALA-Herrera<br>AKA: None Known<br>088086369<br>YOB: 1989<br>Citizen of: Peru<br><br>Defendant | Magistrate Case No.  **22-02285MJ**<br><br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a),<br>enhanced by (b)(1) (Re-Entry After Removal),<br>Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about August 03, 2022, Defendant Giancarlos Marvinluis AYALA-Herrera, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Peru through the port of Miami, Florida, on or about February 20, 2009. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Authorized by AUSA Tracy Van Buskirk
for AUSA John Ballos

*Michelle Hernandez*
Signature of Complainant

Michelle Hernandez
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____August 04, 2022_____         at    Yuma, Arizona
Date                                                                    City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Giancarlos Marvinluis AYALA-Herrera
AKA: None Known
088086369

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about August 03, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Peru and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Miami, Florida on or about May 15, 2008. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about February 20, 2009, through the port of Miami, Florida, subsequent to a conviction in a Superior Court, State of Florida, County of Broward, on or about July 22, 2008, for the crime of Burglary Structure Unoccupied, a felony.

Agents determined that on or about August 03, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Reyes Fimbres and Jesus Barron.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Donte Estes.

*Michelle Hernandez*
Signature of Complainant

Sworn to before me and subscribed telephonically,

_____August 04, 2022_____
Date

Signature of Judicial Officer